**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ROBERT L. NALDUCCI, | No. C 06-7702 SBA |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| SECRETARY OF THE ARMY, *et al.*, | |
| Defendants. | |

Plaintiff in the above-captioned case failed to initiate and participate in the Case Management Conference, scheduled for June 6, 2007, at 3:15 P.M.

Accordingly, it is ORDERED that:

(1) Plaintiff and/or Plaintiff's counsel of record shall appear in Courtroom 3 of the United States Courthouse, 1301 Clay Street, Oakland, California, on **July 11, 2007, at 4:00 P.M.**, to show cause why the above-captioned case should not be dismissed without prejudice for failure to prosecute.

(2) At least ten days prior to the above hearing, Plaintiff or Plaintiff's counsel of record must file a Certificate of Counsel with the Clerk of the Court, to explain why the case should or should not be dismissed for failure to prosecute. The Certificate shall set forth the nature of the cause, its present status, the reason it has not been brought to trial or otherwise terminated, any basis for opposition to dismissal by any party, and its expected course if not dismissed.

(3) Please take notice that this Order requires both the specified court appearance and the filing of the Certificate of Counsel. Failure to fully comply with this order will be deemed sufficient grounds to dismiss the action.

IT IS SO ORDERED.

June 12, 2007                               _____
                                                                     Saundra Brown Armstrong
                                                                     United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

NALDUCCI et al,

        Plaintiff,

v.

SECRETARY OF THE ARMY et al,

        Defendant.

Case Number: CV06-07702 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 12, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert L. Nalducci
92 Elena Circle
San Rafael, CA 94903-3342

Dated: June 12, 2007

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

2