| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 3 | SARA WINSLOW (DCBN 457643)<br>Assistant United States Attorney |

450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Telephone: (415) 436-6925
Facsimile: (415) 436-6748
Email: sara.winslow@usdoj.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | | |
|---|---|---|
| ROBERT L. NALDUCCI, | ) | No. C 06-7702 SBA |
| Plaintiff, | ) | |
| | ) | **STIPULATION TO EXTEND CASE** |
| v. | ) | **MANAGEMENT CONFERENCE;** |
| | ) | **[PROPOSED] ORDER** |
| SECRETARY OF THE ARMY, | ) | |
| Defendant. | ) | |

Subject to the Court's approval, the parties, through their undersigned counsel, hereby agree and stipulate to continue the case management conference in the above-captioned case. The case management conference is currently scheduled for September 13, 2007, with a joint case management statement due ten days prior. The parties hereby stipulate to continue the case management conference by one week, to September 20, 2007. The continuance is needed because the Assistant United States Attorney (AUSA) previously assigned to this case has left the United States Attorney's Office. The case will be reassigned to another AUSA who begins work on September 4, 2007. Accordingly, the additional time is needed for the new AUSA to begin work and become familiar with the case before the joint case management statement is due.

STIP TO CONTINUE CMC
No. C 06-7702 SBA                    -1-

1   IT IS SO STIPULATED.

2   DATED: August 21, 2007              Respectfully submitted,

3                                       SCOTT N. SCHOOLS
                                        United States Attorney
4
                                             /s/
5                                       _____
                                        SARA WINSLOW
6                                       Assistant United States Attorney
                                        Attorneys for Defendant
7

8
                                             /s/
9   DATED: August 20, 2007              _____
                                        DANIEL ROBERT BARTLEY
10                                      BARTLEY LAW OFFICES
                                        Attorneys for Plaintiff
11

12
                        ~~XXXXXXXX~~ **[PROPOSED]** ORDER
13
          Pursuant to stipulation, IT IS HEREBY ORDERED that the case management conference
14
    currently scheduled for September 13, 2007 is continued to September 20, 2007, at 3:00 p.m., via
15
    telephone. The partes shall **meet and confer** prior to the conference and shall prepare a joint
16
    Case Management Conference Statement which shall be filed no later than ten days prior to the
17
    Case Management Conference that complies with the Standing Order For All Judges Of The
18
    Northern District Of California and the Standing Order of this Court. Plaintiffs shall be
19
    responsible for filing the statement as well as for arranging the conference call. All parties shall
20
    be on the line and shall call (510) 637-3559 at the above indicated date and time.
21
          IT IS SO ORDERED.
22

23

24  DATED __9/4/07_____         _____
                                     HON. SAUNDRA BROWN ARMSTRONG
25                                   United States District Judge

26

27

28

STIP TO CONTINUE CMC
No. C 06-7702 SBA                    -2-