SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELISSA K. BROWN (CSBN 203307)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Telephone: (415) 436-6962
Facsimile: (415) 436-6748
Email: melissa.k.brown@usdoj.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | | |
|---|---|---|
| ROBERT L. NALDUCCI, | ) | No. C 06-7702 SBA |
|     Plaintiff, | ) | **[PROPOSED] ORDER GRANTING** |
| | ) | **JOINT REQUEST TO EXTEND** |
|   v. | ) | **MEDIATION DEADLINE** |
| | ) | |
| SECRETARY OF THE ARMY, | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |

    On January 8, 2008, the Parties' Joint Request To Extend The Mediation Deadline came on regularly for hearing. Having considered the pleadings, papers on file, and the parties' arguments, and finding just cause  the Court hereby GRANTS the Request To Extend The Mediation Deadline.  Mediation in this matter shall be held on or before March 10, 2008.

    IT IS SO ORDERED

DATED: ___12/3/07_____

                  _____
                  HONORABLE SANDRA BROWN ARMSTRONG
                  United States District Court Judge