**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*11th Floor, Federal Building*      (415) 436-7200
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California 94102-3495*      *FAX:(415) 436-7234*

July 7, 2008

**IT IS SO ORDERED**
*Judge James Larson*

**E-FILED**

Honorable James Larson
United States District Court
Northern District of Caliofornia
450 Golden Gate Avenue,
Courtroom F, 15th Floor
San Francisco, CA 94102

    **Re: Nalducci v. Secretary of the Army, Case No. C-06-7702 SBA (JL)**

Dear Judge Larson:

    On July 3, 2008, the parties in the above-referenced action received a Notice of Settlement Conference and Settlement Conference Order (Order). Pursuant to that Order, the parties were ordered to appear for a settlement conference on August 15, 2008 at 10:00 a.m. Unfortunately, that date presents a conflict for Defendant's counsel. Accordingly, on July 7, 2008, counsel for the Defendant contacted chambers directly and received August 29, 2008 as the next available date. Counsel for the defendant then communicated her conflict and the new date to counsel for Plaintiff. Counsel for Plaintiff does not object to changing the date of the settlement conference to August 29, 2008 at 10:00 a.m. Accordingly, the undersigned respectfully requests that the settlement conference in the above-referenced matter be continued from August 15, 2008 to August 29, 2008.

    Please contact the undersigned at (415) 436-6962, if there are any questions regarding this request.

    Very truly yours,

    JOSEPH P. RUSSONIELLO
    United States Attorney


    /S/
    MELISSA K. BROWN
    Assistant United States Attorney