**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*11th Floor, Federal Building*          *(415) 436-7200*
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California 94102-3495*     *FAX:(415) 436-7234*

September 17, 2008

**E-FILED**

Honorable James Larson
United States District Court
Northern District of Caliofornia
450 Golden Gate Avenue,
Courtroom F, 15th Floor
San Francisco, CA 94102

       **Re: Nalducci v. Secretary of the Army, Case No. C-06-7702 SBA (JL)**

Dear Judge Larson:

       Due to the unexpected illness and hospitalization of lead counsel for the Defendant in the above referenced matter, the parties request that the Settlement Conference in this action be set for Tuesday December 9, 2008 at 10:00 a.m. All of the parties agree to the this date.

       Please contact the undersigned at (415) 436-6962, if there are any questions regarding this request.

                                                          Very truly yours,

                                                          JOSEPH P. RUSSONIELLO
                                                         United States Attorney

                                                         /S/
                                                         MELISSA K. BROWN
                                                         Assistant United States Attorney

*IT IS SO ORDERED*
*Judge James Larson*