UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert L. Naldecci, | No. C 06-7702 SBA  (JL) |
|     Plaintiff, | |
|   v. | CONTINUANCE OF SETTLEMENT CONFERENCE AND ORDER |
| Secretary of the Army, et al., | |
|     Defendants. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that due to a change in the Judge's calendar, the settlement conference scheduled for Tuesday, December 9, 2008 at 10:00 a.m., has been continued to **Friday, December 19, 2008 at 10:00 a.m.**

**If the court-ordered date presents problems for parties or counsel, counsel is to contact Judge Larson's chambers directly at (415) 522-2112.**

The parties shall notify Magistrate Judge Larson's chambers immediately if this case settles prior to the date set for settlement conference.

DATED: October 29, 2008

_____
JAMES LARSON
Chief Magistrate Judge

SETTLEMENT CONFERENCE NOTICE          1