**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*11th Floor, Federal Building*         (415) 436-7200
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California 94102-3495*    *FAX:(415) 436-7234*

December 10, 2008

**E-FILED**

Honorable James Larson
United States District Court
Northern District of California
450 Golden Gate Avenue,
Courtroom F, 15th Floor
San Francisco, CA 94102

IT IS SO ORDERED
Judge James Larson

    **Re: Nalducci v. Secretary of the Army, Case No. C-06-7702 SBA (JL)**

Dear Judge Larson:

    Due to the assignment of an additional attorney for the Defendant in the above referenced matter, the Defendant requests that the Settlement Conference in this action be set for January 20, 2009 at 10:00 a.m. All of the parties agree to the this date.

    Please contact the undersigned at (415) 436-6962, if there are any questions regarding this request.

                                    Very truly yours,

                                    JOSEPH P. RUSSONIELLO
                                    United States Attorney

                                    /S/
                                  MELISSA K. BROWN
                                  Assistant United States Attorney