LAW OFFICES OF
**DANIEL ROBERT BARTLEY**
Telephone 415 898 4741 • Fax 415 898 4841
E-mail DanielBartleyLaw@aol.com
Website BartleyLawOffice.com
CA SBN 79586 • KY SBN 3650 • FL SBN 154584

Address for all mail:
Post Office Box 686
Novato, CA 94948-0686

Street address:
7665 Redwood Blvd., Ste. 200
Novato, CA 94945-1405

January 15, 2008

Hon. James Larson
U.S. Chief Magistrate Judge
Courtroom F, 15th Floor
450 Golden Gate Avenue
San Francisco, CA

Re:   Nalducci v. Secretary of the Army — Case No. C 06-7702 SBA

Dear Judge Larson:

Attention:  Venice, Secretary to Judge Larson

   With the approval of Judge Saundra Brown Armstrong and her Courtroom Deputy, Lisa Clark, defense counsel Melissa Brown and I, as counsel for Plaintiff, have stipulated to continue the January 20, 2009, settlement conference to April 21, 2009, 10:00 a.m.

   Your secretary, Venice, indicated to me that the correct procedure is for me to e-file a letter to you, requesting the subject continuance. Venice has already indicated that such April 21 slot is open.

Very truly yours,

s/

Daniel Robert Bartley
Attorney for Plaintiff
Robert Nalducci

cc   Hon. Saundra Brown Armstrong,
     U.S. District Judge

     Melissa Brown, Assistant U.S. Attorney
     Attorney for Defendant Secretary of the Army

[Stamp: IT IS SO ORDERED / Judge James Larson / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]