UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert L. Naldecci, | No. C 06-7702 SBA  (JL) |
|     Plaintiff, | |
|     v. | CONTINUANCE OF SETTLEMENT CONFERENCE AND ORDER |
| Secretary of the Army, et al., | |
|     Defendants. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that due to a change in the Judge's calendar, the settlement conference scheduled for Tuesday, April 21, 2009 at 10:00 a.m., has been continued to **Wednesday, April 22, 2009 at 2:00 p.m.**

**If the court-ordered date presents problems for parties or counsel, counsel is to contact Judge Larson's chambers directly at (415) 522-2112.**

The parties shall notify Magistrate Judge Larson's chambers immediately if this case settles prior to the date set for settlement conference.

DATED:   February 13, 2009

_____
JAMES LARSON
Chief Magistrate Judge

SETTLEMENT CONFERENCE NOTICE         1